DHL EXPRESS USA, INC.
1200 South Pine Island Road
Suite 600
Plantation FL  33324
USA



# OUTBOUND INVOICE

BARRY COOPER JR
COOPER LAW FIRM LLC
365 CANAL ST STE NO 2850

NEW ORLEANS LA  70130

ACCOUNT NO        :      846434968
INVOICE NO        :   MSY0000024119
INVOICE DATE      :      12/12/2012
PAGE NO           :               1
PAYMENT DUE DATE  :      12/27/2012

| PROD TYPE | SERVICE DESCRIPTION | TOT SHPS | TOT WEIGHT | WEIGHT CHARGE | OTHER CHARGE | SVP | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|
| L | EXPRESS ENVELOPE | 1 | 0.50lb | 33.66 | 4.72 |  | 38.38 |
|  |  | 1 | 0.50lb | 33.66 | 4.72 |  | 38.38 |
|  |  |  |  |  |  | TOTAL | 38.38 |

For online access to DHL account & support documents.
Link to us-ezybill.dhl.com to access the EZYBILL website.
Please follow the registration/login instructions provided.
For information on EZYBILL please contact: 1-800-722-0081.

REMIT TO: DHL Express - USA,16592 Collections Center Drive,CHICAGO IL  60693

FEDERAL ID 94-3380425

0804060403040906088222834000000000000204010109400000003838387



MAKE PAYMENT TO:

DHL Express - USA,
16592 Collections Center Drive,
CHICAGO IL  60693

ACCOUNT NO        :      846434968
INVOICE NO        :   MSY0000024119
INVOICE DATE      :      12/12/2012
AMOUNT DUE        :           38.38
PAYMENT DUE DATE  :      12/27/2012

AMOUNT PAID

126344 1212 0 001161 000001 005093/006224
BARRY COOPER JR
COOPER LAW FIRM LLC
365 CANAL ST STE NO 2850

NEW ORLEANS LA  70130



REMITTANCE ADVICE    -PLEASE RETURN WITH PAYMENT   38.38

**THANK YOU FOR CHOOSING DHL**
For invoice questions, call 1-800-722-0081

to be continued..

| HIPMENT ATE | ORG | DHL AIRWAYBILL | DEST | PROD TYPE | SHPS | PIECES | TENDER WEIGHT | BILLED WEIGHT | WGT CD | WEIGHT CHARGE | SVP | TOTAL CHARGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2012 | MSY | 7163028946 | IOM | X | 1 | 1 | 0.50 | 0.50 | B | 33.66 | | 33.66 |
| | | FUEL SURCHARGE | | | | | | | | | | 4.72 |

HIPPER REFERENCE: GUPTA V ML (CAYMAN)
ENDER: BARRYJ COOPER JN,COOPER LAW FIRM LLC,35 CANAL STR STE 2850,LA,KENNER,LA 70130
ECEIVER: DAVID PRICE,MERRIL LYSCH BANK TRUST CO 9CAYURU),HILLCLIFFE BAY VIEW D,PORT OF MARY ISLE OF MAN,ISLE OP MAN,IM9 5AP
ESCRIPTION OF CONTENTS: EXPRESS ENVELOPE

| | | | | 1 | 1 | 0.50 | 0.50 | | 33.66 | | 38.38 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ub-total 7163028946 | | | | 1 | 1 | 0.50 | 0.50 | | 33.66 | | 38.38 |
| ub-total 11/27/2012 | | | | | | | | | | TOTAL | 38.38 |



WEIGHT CODE = A: Customer Scale / B: DHL Scale / V: Customer Volume WEIGHT / W: DHL Volume WEIGHT     FEDERAL ID 94-338042

*THANK YOU FOR CHOOSING DHL*